46911. JENKINS v. THE STATE.

QUILLIAN, Judge. The defendant was tried and convicted of the offense of pointing a gun at another. An appeal was then filed. *Held:*

1. While in conflict there was evidence that the defendant went into his home and returned with a shotgun which he pointed at three "dog boys" who had been led to the house by blood hounds; that the defendant stated he would kill them. The evidence was sufficient to support the verdict.

2. The remaining enumeration of error is without merit.

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.* ARGUED FEBRUARY 1, 1972—DECIDED MARCH 2, 1972.

*Albert E. Butler,* for appellant.